# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DONALD CRAIG GORE,

    Petitioner,

v.                                                   CASE NO.  4:08cv564-RH/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER DISMISSING MANDAMUS CLAIM AND
## TRANSFERRING CASE TO THE MIDDLE DISTRICT OF FLORIDA

This case is before the court on the magistrate judge's report and recommendation (document 3).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The claim for writ of mandamus is dismissed.  The case is transferred to the United States District Court for the Middle District of Florida for consideration of whether the petition should be construed as one seeking a writ of habeas corpus or whether leave to amend to assert such a claim should be granted.

The clerk must take all steps necessary to effect the transfer.

      SO ORDERED on February 27, 2009.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge